# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4555
_____

DONALD GARRY FEHRMAN,

Appellant,

v.

GATEWAY COMMONS II
CONDOMINIUM ASSOCIATION,
INC.,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

November 19, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs Scholz & Wyler, LLC, Fernandina Beach, for Appellant.

Kimberly Kanoff Berman, Fort Lauderdale, and James P. Hanratty, Jacksonville, of Marshall Dennehey Warner Coleman & Goggin, P.C.; Tod B. Eikner of Eikner & Eikner, P.A., Jacksonville, for Appellee.